AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br><br>26-6111MB | Date and time warrant executed:<br><br>4/23/2026 9:10 am | Copy of warrant and inventory left with:<br><br>USPS |
| Inventory made in the presence of :<br>  Postal Inspector Maria Hunter and USPIS Analyst Michael Kaminski | | |

Inventory of the property taken and name of any person(s) seized:

LABEL NUMBER: 9505 5107 2627 6111 6909 68

One USPS Priority Mail box containing green paper surrounding one white pill bottle and one Sunmight gold discs box.
Inside the pill bottle contained mixture of oblong white pills, suspected synthetic alprazolam, weighing approx. 250.00 grams and oval white pills marked "L484", suspected acetaminophen, weighing approx. 122.7 grams; inside the gold discs box were six unknown car parts labeled "06 CHRY".

All suspected pills pending lab chemical analysis.

| **Certification** |
|---|

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____04/23/2026_____

Maria Hunter
Digitally signed by
Maria Hunter
Date: 2026.04.23
14:29:57 -07'00'

_____
*Executing officer's signature*

Maria Hunter, U.S. Postal Inspector
_____
*Printed name and title*

# *UNITED STATES DISTRICT COURT*

*District of Arizona*

*In the Matter of the Search of*:

**SUBJECT PARCEL**:  One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5107 2627 6111 6909 68, addressed to "Rasheeda Demchick, 1400 N 16th St. Building E Apt 5 Philadelphia, PA 19121", with a return address of "Jesus Soto, 4727 S. 37th Ave Phoenix, AZ 85041". It is a white box measuring 11.25" X 8.75" X 6", weighing approximately 4 pounds and 3 ounces, postmarked April 21, 2026, and bearing $22.95 in postage.

**SEARCH WARRANT**

Case Number:   26-6111MB

TO:   Maria Hunter and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Maria Hunter, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5107 2627 6111 6909 68, addressed to "Rasheeda Demchick, 1400 N 16th St. Building E Apt 5 Philadelphia, PA 19121", with a return address of "Jesus Soto, 4727 S. 37th Ave Phoenix, AZ 85041". It is a white box measuring 11.25" X 8.75" X 6", weighing approximately 4 pounds and 3 ounces, postmarked April 21, 2026, and bearing $22.95 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___May 6, 2026___ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the April 22, 2026 search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___April 22, 2026@4:49pm___          at     ___Phoenix, Arizona___
Date and Time Issued                               City and State

HONORABLE ALISON S. BACHUS
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                 Signature of Judicial Officer